**Order entered November 4, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01069-CV

## IN RE SHANNELL Y. RICHARDS, Relator

**Original Proceeding from the 469th Judicial District Court
Collin County, Texas
Trial Court Cause No. 469-50782-2017**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's September 4, 2019 petition

for writ of mandamus.  We **DENY AS MOOT** relator's September 4, 2019 emergency motion

for expedited consideration.

/s/     BILL PEDERSEN, III
JUSTICE